Sean P. Flynn (SBN 15408)
**GORDON REES SCULLY MANSUKHANI**
1 East Liberty Street
Suite 424
Reno, NV 89501
Telephone: (775) 467-2610
Email: sflynn@grsm.com

**Attorneys for Defendant**
*Cook County Health*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DENISE FAIVRE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PERRY JOHNSON & ASSOCIATES, INC., NORTHWELL HEALTH, INC., and COOK COUNTY HEALTH,<br><br>Defendants. | CASE NO. 2:23-cv-01926<br><br>**STIPULATION TO EXTEND DEFENDANT COOK COUNTY HEALTH'S DEADLINE TO RESPOND TO COMPLAINT** |

TO THIS HONORABLE COURT, TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, AND TO ALL PARTIES THROUGH THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Federal Rule of Civil Procedure, Rule 6(b) and Local Rule 6-1, Plaintiff Denise Faivre, on the one hand, and Defendant Cook County Health ("CCH") on the other hand, stipulate to an extension of time for CCH to respond to Plaintiff's complaint in this matter.

Plaintiff filed her complaint on November 20, 2023, and served CCH on November 30, 2023. CCH's response is due on December 21, 2023.

On or about November 30, 2023, CCH retained Gordon & Rees LLP as counsel in this matter. CCH has requested an extension of time to respond to the Complaint, up to and

including January 29, 2024.  CCH requires additional time to investigate factual and legal issues and respond to the Motion for Transfer and Centralization filed by certain plaintiffs before the Judicial Panel on Multidistrict Litigation.  Counsel for Plaintiff has agreed to the extension.

There does not appear to have been entered a scheduling order in this case; thus, there are no dates set for trial, motions, or discovery.

IT IS HEREBY STIPULATED that CCH shall have up to and including January 29, 2024, to respond to Plaintiff's complaint.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  December 21, 2023 | **GORDON REES SCULLY MANSUKHANI** |
|  | By:  /s/ Sean Flynn<br>Sean Flynn<br>Attorneys for Defendant<br>*Cook County Health* |
| Dated:  December 21, 2023 | **STRANCH, JENNINGS & GARVEY, PLLC** |
|  | By:  /s/ Nathan Ring<br>Nathan Ring<br>*Attorneys for Plaintiff*<br>*Denise Faivre* |

**IT IS SO ORDERED:**

DATED: December 21, 2023

_____
UNITED STATES MAGISTRATE JUDGE