1  Jonathan A. Rich, Esq.
   Nevada Bar No.: 15312
2  **COZEN O'CONNOR**
   500 North Rainbow Blvd., Suite 300
3  Las Vegas, NV 89107
   Telephone: (702) 470-2324
4  Facsimile: (702) 470-2359
   Email: JARich@cozen.com
5
   *Attorney for Defendant*
6  *Perry Johnson & Associates, Inc.*

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10

11 | DENISE FAIVRE, individually and on behalf of all others similarly situated, | CASE NO.: 2:23-cv-01926 |
12 | Plaintiff, | |
13 | v. | **STIPULATION TO EXTEND TIME FOR DEFENDANTS PERRY JOHNSON &** |
14 | PERRY JOHNSON & ASSOCIATES, INC., NORTHWELL HEALTH, INC., and COOK COUNTY HEALTH | **ASSOCIATES, INC. AND NORTHWELL HEALTH, INC. TO RESPOND TO PLAINTIFF DENISE FAIVRE'S COMPLAINT** |
15 | | |
16 | Defendants. | **(SECOND REQUEST)** |

17

18

19

20       Plaintiff Denise Faivre, individually and on behalf of all others similarly situated,

21 ("Plaintiff") and Defendants Perry Johnson & Associates, Inc. ("PJ&A"), and Northwell Health,

22 Inc. ("Northwell" and, collectively with PJ&A, "Defendants") stipulate and respectfully request

23 under Local Rule IA 6 that this Court extend the time for Defendants to respond to Plaintiff's

24 complaint in the above-captioned action (the "Complaint") until **March 1, 2024**.

25       Plaintiff filed the Complaint on November 20, 2023 and served PJ&A on November 28,

26 2023. Northwell executed a waiver of service that was entered on November 29, 2023.

27       On December 8, 2023, a Motion for Transfer of Actions to United States District Court for

28 the District of Nevada for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C.

§ 1407 (the "Motion") was filed in the Judicial Panel on Multidistrict Litigation ("JPML").  *See In re Perry Johnson & Associates Medical Transcription Data Security Breach Litigation*, Case MDL No. 3096, ECF No. 1 (December 8, 2023).  The motion directly concerns the potential consolidation and transfer of at least forty-five related putative class action complaints. The JPML heard oral arguments on the Motion on January 25, 2024.

Defendants' individual responses are currently due by January 29, 2024.

This extension is necessary to allow the JPML sufficient time to evaluate the various related actions, twenty-one of which have been filed in this District alone. A list of these related actions is included as Appendix A. As nearly every party has agreed that centralization is proper, the primary question for the JPML is *where* to centralize the cases, not *whether* to centralize them.

Plaintiff and the Defendants consent to this request.  This is the first request for extension of time for this deadline for Northwell and PJ&A. The parties respectfully submit that there is good cause for this extension and the requested extension is not for the purpose of delay.

/ / /

/ / /

IT IS SO STIPULATED.

141963219_3

| | | |
|---|---|---|
| 1 | Dated: January 26, 2024. | Dated: January 26, 2024. |
| 2 | SNELL & WILMER LLP | STRANCH, JENNINGS & GARVEY, PLLC |
| 3 | By: /s/ Alex L. Fugazzi | |
| | Alex L. Fugazzi (NV Bar #9022) | By: /s/ Nathan R. Ring |
| 4 | Aleem A. Dhalla (NV Bar #14188) | Nathan R. Ring (NV Bar #12078) |
| | 3883 Howard Hughes Parkway, Ste 1100 | 3100 W. Charleston Blvd, Suite 208 |
| 5 | Las Vegas, NV 89169-5958 | Las Vegas, NV 89102 |
| | Telephone: (702) 784-5200 | Phone: (725) 235-9750 |
| 6 | afugazzi@swlaw.com | nring@stranchlaw.com |
| | Adhalla@swlaw.com | |
| 7 | | |
| | William L. Roberts* | James E. Cecchi (*pro hac vice*) |
| 8 | Kathryn E. Caldwell* | Caroline F Bartlett (*pro hac vice*) |
| | Andrew B. Cashmore* | Jason Henry Alperstein (*pro hac vice*) |
| 9 | ROPES & GRAY LLP | Jordan Steele (*pro hac vice*) |
| | Prudential Tower | Kevin G. Cooper (*pro hac vice*) |
| 10 | 800 Boylston Street | CARELLA BYRNE CECCHI OLSTEIN |
| | Boston, Massachusetts 02199-3600 | BRODY & AGNELLO |
| 11 | Phone: (617) 951-7000 | 5 Becker Farm Road, Ste 2 |
| | Fax: (617) 951-7050 | Roseland, NJ 07068 |
| 12 | william.roberts@ropesgray.com | Phone: (973) 994-1700 |
| | kathryn.caldwell@ropesgray.com | cbartlett@carellabyrne.com |
| 13 | andrew.cashmore@ropesgray.com | jcecchi@carellabyrne.com |
| | | jalperstein@carellabyrne.com |
| 14 | Glen J. Dalakian II* | jsteele@carellabyrne.com |
| | ROPES & GRAY LLP | kcooper@carellabyrne.com |
| 15 | 1211 Avenue of the Americas | |
| | New York, New York 10036-8704 | *Counsel for Plaintiff and Putative Class* |
| 16 | Phone: (212) 596-9000 | |
| | Fax: (212) 596-9090 | Dated: January 26, 2024. |
| 17 | glen.dalakian@ropesgray.com | |
| | | COZEN O'CONNOR |
| 18 | *Counsel for Defendant Northwell Health, Inc.* | |
| 19 | *pro hac vice forthcoming | By: /s/ Jonathan A. Rich |
| | | Jonathan A. Rich (NV Bar #15312) |
| 20 | | 500 North Rainbow Blvd., Suite 300 |
| 21 | | Las Vegas, NV 89107 |
| | | Phone: (702) 470-2324 |
| 22 | | Fax: (702) 470-2359 |
| | | jarich@cozen.com |
| 23 | IT IS SO ORDERED. | |
| 24 | | *Counsel for Defendant Perry Johnson & Associates, Inc.* |
| 25 | _____ | |
| | U.S. MAGISTRATE JUDGE | |
| 26 | | |
| 27 | Dated: January 29, 2024 | |
| 28 | | |

141963219_3