1   Sean P. Flynn (SBN 15408)
    **GORDON REES SCULLY MANSUKHANI, LLP**
2   1 East Liberty Street, Suite 424
    Reno, NV 89501
3   Telephone:     (775) 467-2610
    E-Mail:        sflynn@grsm.com
4
    Scott L. Schmookler (*pro hac vice* pending)
5   **GORDON REES SCULLY MANSUKHANI, LLP**
    1 N. Franklin, Ste. 800
6   Chicago, IL 60606
    Telephone:     (312) 980-677
7   E-Mail:        sschmookler@grsm.com

8   *Attorneys for Defendant*
    Cook County Health
9

10                  **UNITED STATES DISTRICT COURT**

11                      **DISTRICT OF NEVADA**

12

13  DENISE FAIVRE, *individually and on behalf of*    CASE NO.  2:23-cv-01926
    *all others similarly situated,*
14
                                                       **STIPULATION TO EXTEND**
15                      Plaintiff,                     **DEFENDANT COOK COUNTY**
                                                       **HEALTH'S DEADLINE TO RESPOND**
16          vs.                                        **TO COMPLAINT**

17  PERRY JOHNSON & ASSOCIATES, INC.,                  **(SECOND REQUEST)**
    NORTHWELL HEALTH, INC., and COOK
18  COUNTY HEALTH,

19                      Defendants.

20

21

22

23

24

25

26

27

28

-1-

1    TO THIS HONORABLE COURT, TO THE CLERK OF THE UNITED STATES

2    DISTRICT COURT FOR THE DISTRICT OF NEVADA, AND TO ALL PARTIES

3    THROUGH THEIR COUNSEL OF RECORD HEREIN:

4    Pursuant to Federal Rule of Civil Procedure, Rule 6(b) and Local Rule 6-1, Plaintiff

5    Denise Faivre, on the one hand, and Defendant Cook County Health ("CCH") on the other hand,

6    stipulate to an extension of time for CCH to respond to Plaintiff's complaint in this matter due to

7    a pending Motion for Transfer and Centralization of Related Actions to the District of Nevada

8    ("MDL Motion") currently before the United States Judicial Panel on Multidistrict Litigation.

9    *See In re Perry Johnson & Assocs. Medical Transcription Data Security Breach Litig. ("In re*

10   *PJ&A")* MDL No. 3096, ECF No. 1. In support of this Stipulation, the Parties jointly state as

11   follows:

12       1.   On November 20, 2023, Plaintiff filed the initial Complaint against CCH,

13   Northwell Health Inc., and Perry Johnson & Associates, Inc. (ECF No. 1.)

14       2.   On December 21, 2023, the Court granted a Stipulation to extend CCH's deadline

15   to respond to the Complaint to January 29, 2024. (ECF No. 26.)

16       3.   A number of actions have been filed arising from the alleged data security

17   incident announced in 2023 by Perry Johnson & Associates, Inc.

18       4.   On December 8, 2023, Plaintiffs in several of these actions filed the MDL Motion

19   that is pending before the United States Judicial Panel on Multidistrict Litigation. *In re PJ&A*,

20   ECF No. 1. A hearing on the MDL Motion is set for January 25, 2024. *Id.* at ECF No. 5.

21       5.   An extension of CCH's deadline to answer or otherwise respond to the Complaint

22   until after ruling on the pending MDL Motion will permit sufficient time for CCH to investigate

23   factual and legal issues and to assess what impact, if any, the MDL Motion may have on the

24   above-captioned action, including potential centralization.

25       6.   No scheduling order has been entered in this action, thus there are no dates set for

26   trial, motions or discovery.

27       7.   This is CCH's second request for an extension of time to respond to the

28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (SECOND REQUEST)

1  Complaint. This request is not for purposes of delay, and the requested extension will not

2  prejudice any party.

3          8.  By entering into this Stipulation, CCH does not waive any defenses available to it,

4  including jurisdictional defenses.

5          9.  WHEREFORE, the Parties hereby stipulate, agree and respectfully request that

6  the Court extend the deadline for CCH to answer, move or otherwise respond to the Complaint to

7  and including February 29, 2024.

8                                            Respectfully submitted,

9   Dated:  January 26, 2024          **GORDON REES SCULLY MANSUKHANI, LLP**

10

11                                     By:   /s/ ***Sean Flynn***
                                            Sean Flynn (SBN 15408)
12                                          Scott L. Schmookler (*pro hac vice*
                                            pending)
13
                                            *Attorneys for Defendant*
14                                          Cook County Health

15

16  Dated:  January 26, 2024          **CARELLA, BYRNE, CECCHI, BRODY &**
                                      **AGNELLO, P.C.**
17

18                                     By:   /s/Kevin Cooper
                                            Kevin Cooper
19                                          *One of the Attorneys for Plaintiff*
                                            *Denise Faivre*
20

21  **IT IS SO ORDERED:**

22

23

24  UNITED STATES MAGISTRATE JUDGE

25

26  DATED:   January 29, 2024

27

28

                                            -3-